UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

NEVILLE HURST,

                                         Plaintiff,

-against-

THE CITY OF NEW YORK, P.O. DAVID PRALGO
(SHIELD 23526), P.O. ANTHONY DONALDSON (SHIELD
8286), SGT. ROBERT MARTINEZ (SHIELD 20291) SGT.
MOHAMMED KARIMZADA (SHIELD 786) JOHN DOE
and JANE DOE 1-14,

                                         Defendants.
---------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

13-CV-4517 (JBW) (JO)

**WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

*close the case.*
*So ordered*
*[signature]*

*{Signatures on following page}*

1/28/14

| | |
|---|---|
| O'keke & Associates, P.C.<br>*Attorneys for Plaintiff*<br>801 Franklin Avenue<br>Brooklyn, NY 11238<br>(718) 855-9595<br><br>By: _____<br>Patrick I. O'keke<br>*Attorney for Plaintiff*<br><br><br>Dated: New York, New York<br>_____, 2014 | JEFFREY D. FRIEDLANDER<br>Acting Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants City, Pralgo,<br>Donaldson, Martinez and Karimzada*<br>100 Church Street, Rm. 3-210<br>New York, New York 10007<br><br>By: _____<br>Odile Farrell<br>*Assistant Corporation Counsel*<br><br><br>SO ORDERED:<br><br>_____<br>HON. JACK B. WEINSTEIN<br>UNITED STATES DISTRICT JUDGE |